**E-filed  12/14/06**

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Garden City Boxing Club, Inc.** | **CASE NO. C 06-5638 JF HRL** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)** |
| **vs.** | |
| **Javier Guzman, et al.** | |
| **Defendant.** | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, December 15, 2006 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff has not perfected service of process as to both of the defendants named to this action.

In addition, as of this writing, Plaintiff's counsel has not conferred with either defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, December 15, 2006 at 10:30 am to a new date approximately forty-five (45) to sixty (60) days forward in order that each of the defendants may be served and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: December 13, 2006

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C 06-5638 JF HRL**
**PAGE 2**

1

## ORDER (Proposed)

2

3        It is hereby ordered that the Case Management Conference in civil action number 06-5638 JF

4    HRL styled *Garden City Boxing Club, Inc. v. Javier Guzman, et al.*, is hereby continued from 10:30 am,

5    Friday, December 15, 2006, to  February 23, 2007 at 10:30 AM                                              .

6            The Parties shall file a joint Case Management Statement in advance of the Case Management

7    Conference pursuant to the Local Rules and the Standing Order of this Court.

8            Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification

9    of Service of this Order with the Clerk of the Court.

10

11

12   **IT IS SO ORDERED**:

13

14

15   _____          Dated:___12/14/06_____

16   **THE HONORABLE JEREMY FOGEL**
     **United States District Court**
17   **Northern District of California**

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28

## PROOF OF SERVICE (SERVICE BY MAIL)

1

2          I declare that:

3

4          I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

5    and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

6    California 91030.  I am readily familiar with this law firm's practice for collection and processing of

7    correspondence/documents for mail in the ordinary course of business.

8

9          On, December 13, 2006, I served:

10         PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE
           MANAGEMENT CONFERENCE; AND ORDER (Proposed)

11

12         On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

13   prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

14         Javier Guzman (Defendant)
15         3036 16th Street
           San Francisco, CA 94103
16
17         Martiniano Aguilera Guzman (Defendant)
           3036 16th Street
18         San Francisco, CA 94103

19

20         I declare under the penalty of perjury pursuant to the laws of the United States that the

21   foregoing is true and correct, and that this declaration was executed on December 13, 2006, at South

22   Pasadena, California.

23

24   Dated:  December 13, 2006                    */s/ Inesa Mamidjanyan*
                                                   **INESA MAMIDJANYAN**
25

26

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C 06-5638 JF HRL**
**PAGE 4**